IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TAHIR WHITEHEAD, <br> TOMMY FIELDS, <br><br>     PLAINTIFFS, <br><br> v. <br><br> TAC, INC., <br><br>     DEFENDANT. | CIVIL ACTION FILE <br> NUMBER 3:14-cv-1-TCB |

## ORDER APPROVING SETTLEMENT AND STIPULATION OF JUDGMENT DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Parties, Joint Motion for Approval of Settlement and Stipulation of Judgment Dismissing Case, With Prejudice. The Court has reviewed the Settlement Agreement and the Stipulation of Judgment Dismissing Case, with Prejudice. The Court now finds the settlement reached in this matter represents a fair and equitable resolution of disputed claims under the Fair Labor Standards Act, as amended 29 U.S.C. § 201, et seq.

IT IS THEREFORE ORDERED that the Settlement Agreement is approved, that judgment is entered dismissing this case, with prejudice, and that the parties are to bear their own attorney fees and costs.

Dated: 8.5.14

_____
The Hon. Timothy C. Batten, Sr.,
Judge, U.S. District Court